## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| TRENT VANDERZEE, individually and on behalf of all those similarly situated,<br><br>   *Plaintiffs,*<br><br>     v.<br><br>THE UNIVERSITY OF CHICAGO MEDICAL CENTER,<br><br>   *Defendant.* | Case No. 25-cv-2207<br><br>Hon. Mary M. Rowland |

### THE UNIVERSITY OF CHICAGO MEDICAL CENTER'S
### MOTION FOR LEAVE TO FILE UNDER SEAL

Defendant, The University of Chicago Medical Center ("UCMC"), pursuant to Federal Rule of Civil Procedure 26 and Northern District of Illinois Local Rules 5.8 and 26.2, respectfully moves this Honorable Court to file under seal portions of Defendant's Motion to Compel Arbitration and Exhibit 1 thereto. For the reasons stated herein, good cause exists to file these documents under seal.

1. "Federal Rule of Civil Procedure 26(c)(1)(G) provides that, upon a showing of good cause, the court may enter an order 'requiring that a trade secret or other confidential research, development, or **commercial information** not be revealed or be revealed only in a specified way.'" *F.T.C. v. OSF Healthcare Sys.*, 2012 WL 1144620, at *3 (N.D. Ill. Apr. 5, 2012) (emphasis in original). "Highly confidential commercial information such as pricing information and the process involved in creating a 'pricing architecture' can qualify as a trade secret." *Id.* (citing cases). Such contractual terms and conditions are "legitimately confidential information" when they "might give other firms an unearned competitive advantage" and the "American public does

not need to know [the contents] in order to evaluate the handling of this litigation by the judiciary."
*SmithKline Beecham Corp. v. Pentech Pharms., Inc.*, 261 F. Supp. 2d 1002, 1008 (N.D. Ill. 2003).

2.      Illinois provides additional statutory confidentiality protections for contracts between health care providers and insurers, and considers fee schedules therein "subject to the provisions of the Illinois Trade Secrets Act [765 ILCS 1065/1 *et seq.*]."  215 ILCS 5/368(a)-(b). "Individuals . . . receiving such information" are similarly "subject to the provisions of the Illinois Trade Secrets Act."  215 ILCS 5/368(b).

3.      On April 9, 2025, UCMC filed a public-record redacted version of a Motion to Compel Arbitration and Stay Proceedings ("Motion") and Exhibit 1 thereto.

4.      Exhibit 1 to UCMC's Motion consists of a Declaration and Exhibit A thereto, which is a Facility Participation Agreement ("Agreement") between UCMC and a health insurer that is not a party to this litigation.

5.      Here, good cause exists to file the Agreement under seal.  The Agreement contains the contracting parties' sensitive commercial information, which is not available to the public. Each page of the Agreement is marked "Confidential and Proprietary," and a mutual confidentiality clause expressly binds the contracting parties.  Thus, the Agreement's express language indicates the contracting parties' intent to maintain confidentiality.  Further, disclosure of the Agreement's terms could provide other third-party providers and payors with an unearned competitive advantage, such as replicating favorable provisions and gaining insight into the contracting parties' participation standards and strategies.

6.      Accordingly, sealing the Agreement is necessary to protect the legitimate business interests of the contracting parties and to prevent competitive harm that could result solely from the Agreement's incidental involvement in this litigation.

7.      For the same reasons, good cause exists to redact portions of the Motion to Compel Arbitration that would otherwise reveal the Agreement's confidential language.

**WHEREFORE**, UCMC respectfully requests that this Honorable Court enter an order granting UCMC leave to file portions of its Motion to Compel Arbitration and Exhibit 1 thereto under seal.

Dated: April 9, 2025                                    Respectfully submitted,

                                                        /s/ *Daniel R. Campbell*
                                                        _____

                                                        Daniel R. Campbell
                                                        Chelsea Mounayer
                                                        Emilie E. O'Toole
                                                        William W. Hameline
                                                        MCDERMOTT WILL & EMERY LLP
                                                        444 West Lake Street, Suite 4000
                                                        Chicago, Illinois 60606
                                                        312.372.2000
                                                        dcampbell@mwe.com
                                                        cmounayer@mwe.com
                                                        eotoole@mwe.com
                                                        whameline@mwe.com

                                                        *Attorneys for The University of*
                                                        *Chicago Medical Center*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 9, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically serve notice to the parties' counsel of record.

/s/ *Daniel R. Campbell*
Daniel R. Campbell