IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TRENT VANDERZEE, individually and on behalf of all those similarly situated,<br><br>    *Plaintiff*,<br><br>    v.<br><br>THE UNIVERSITY OF CHICAGO MEDICAL CENTER, an Illinois corporation doing business as UCHICAGO MEDICINE,<br><br>    *Defendant.* | Case No. 25-cv-02207<br><br>Hon. Mary M. Rowland |

**PLAINTIFF'S MOTION FOR LEAVE
TO FILE DOCUMENTS UNDER SEAL**

Plaintiff, through his undersigned attorneys, hereby moves this Honorable Court for entry of an Order granting him leave to redact and/or file under seal his Memorandum of Law in Opposition to Defendant's Motion to Compel Arbitration and Stay Proceedings ("MTCA Opposition Brief"). In support of this Motion, Plaintiff states as follows:

    1.    Plaintiff intends to file a brief in opposition to Defendant's Motion to Compel Arbitration and Stay Proceedings, which was filed under seal on April 9, 2025. [Dkt. 16, 18]

    2.    On April 9, 2025, Defendant filed its Motion for Leave to File Under Seal, which sought an order permitting Defendant to redact and file under seal portions of its Motion To Compel Arbitration and Stay Proceedings ("Motion to Compel"). [Dkt. 17.]

    3.    That same day, counsel for the Parties corresponded regarding the confidentiality of information disclosed in Defendant's Motion to Compel and its exhibits. Plaintiff agreed to maintain confidentiality of redacted portions of Defendant's Motion to

Compel and the exhibits thereto, and Defendant agreed to provide Plaintiff with unredacted copies of those filings.

4. On April 10, 2025, the Court granted Defendant's Motion for Leave to File Under Seal. [Dkt. 20]

5. On May 15, 2025, Plaintiff filed a public-record version of his MTCA Opposition Brief. [Dkt. 23]

6. As set forth below, Plaintiff's MTCA Opposition Brief includes information designated as "Confidential and Proprietary" by Defendant in its Motion for Leave to File Under Seal.

7. The decision as to sealing is "left to the sound discretion of the trial court, a discretion to be exercised in light of the relevant facts and circumstances of the particular case." *See Nixon v. Warner Commc'n, Inc.*, 435 U.S. 589, 599 (1978). While, as a general matter, court files should be open to the public for inspection and copying, a court has certain inherent power to control its records, and thus, the right to inspect public records is not absolute. *See Deere & Co. v. Finley*, 103 Ill. App. 3d 774, 776 (1st Dist. 1981); *see e.g. O'Malley v. Village of Oak Brook*, 2008 WL 345607-U, at * 2 (N.D. Ill. February 6, 2008) (the public's interest in disclosure of information produced by the parties in the discovery process is less weighty; pretrial discovery, unlike the trial itself, is usually conducted in private).

8. Pursuant to the Parties' agreement to maintain the confidentiality of portions of Defendant's Motion to Compel and exhibits attached thereto, Plaintiff seeks to file under seal and/or redact portions of Plaintiff's MTCA Opposition Brief that relate to exhibit 1-A to UCMC's Motion to Compel, which consists of a Facility Participation

2

Agreement between UCMC and a health insurer that is not a party to this litigation.

WHEREFORE, Plaintiff respectfully requests that this Court enter an Order granting Plaintiff leave to file under seal his MTCA Opposition Brief.

Dated: May 15, 2025

Respectfully submitted,

TRENT VANDERZEE, individually and on behalf of a class of similarly situated individuals

By: /s/ *Joseph M. Dunklin*
*One of Plaintiff's Attorneys*

David L. Gerbie
Joseph M. Dunklin
MCGUIRE LAW, P.C.
55 W. Wacker Drive, Suite 900
Chicago, Illinois 60601
Tel: 312.893.7002
dgerbie@mcgpc.com
jdunklin@mcgpc.com

John Sawin
SAWIN LAW LTD.
55 W. Wacker Drive, Suite 900
Chicago, Illinois 60601
312.853.2490
jsawin@sawinlawyers.com

Scott A. Morgan
MORGAN LAW FIRM, LTD.
55 W. Wacker Drive, Suite 900
Chicago, Illinois 60601
312.327.3386
smorgan@smorgan-law.com

*Attorneys for Plaintiff and the Putative Class and Subclass*

**CERTIFICATE OF SERVICE**

      I hereby certify that, on May 15, 2025, I caused the foregoing *Plaintiff's Motion for Leave to File Documents Under Seal* to be electronically filed with the Clerk of the Court using the CM/ECF system. A copy of said document will be electronically transmitted to all counsel of record.

                                                /s/ *Joseph M. Dunklin*