IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRENT VANDERZEE, individually and on behalf of all those similarly situated, | |
| *Plaintiffs,* | |
| v. | Case No. 25-cv-2207 |
| THE UNIVERSITY OF CHICAGO MEDICAL CENTER, | Hon. Mary M. Rowland |
| *Defendant.* | |

**THE UNIVERSITY OF CHICAGO MEDICAL CENTER'S
<u>MOTION FOR LEAVE TO FILE UNDER SEAL</u>**

Defendant, The University of Chicago Medical Center ("UCMC"), pursuant to Federal Rule of Civil Procedure 26 and Northern District of Illinois Local Rules 5.8 and 26.2, respectfully moves this Honorable Court to file under seal portions of Defendant's Reply in Support of its Motion to Compel Arbitration and Stay Proceedings. For the reasons stated herein, good cause exists to file this document under seal.

1. "Federal Rule of Civil Procedure 26(c)(1)(G) provides that, upon a showing of good cause, the court may enter an order 'requiring that a trade secret or other confidential research, development, or **commercial information** not be revealed or be revealed only in a specified way.'" *F.T.C. v. OSF Healthcare Sys.*, 2012 WL 1144620, at *3 (N.D. Ill. Apr. 5, 2012) (emphasis in original). "Highly confidential commercial information such as pricing information and the process involved in creating a 'pricing architecture' can qualify as a trade secret." *Id.* (citing cases). Such contractual terms and conditions are "legitimately confidential information" when they "might give other firms an unearned competitive advantage" and the "American public does

not need to know [the contents] in order to evaluate the handling of this litigation by the judiciary." *SmithKline Beecham Corp. v. Pentech Pharms., Inc.*, 261 F. Supp. 2d 1002, 1008 (N.D. Ill. 2003).

2. Illinois provides additional statutory confidentiality protections for contracts between health care providers and insurers, and considers fee schedules therein "subject to the provisions of the Illinois Trade Secrets Act [765 ILCS 1065/1 *et seq.*]." 215 ILCS 5/368(a)-(b). "Individuals . . . receiving such information" are similarly "subject to the provisions of the Illinois Trade Secrets Act." 215 ILCS 5/368(b).

3. On April 9, 2025, UCMC filed a public-record redacted version of a Motion to Compel Arbitration and Stay Proceedings ("Motion") and Exhibit 1. Thereto.

4. Exhibit 1 to UCMC's Motion consists of a Declaration and Exhibit A thereto, which is a Facility Participation Agreement ("Agreement") between UCMC and a health insurer that is not a party to this litigation.

5. The Motion and Exhibit 1 were filed under seal.

6. On June 5, 2025, UCMC filed a public-record redacted version of a Reply in Support of its Motion to Compel Arbitration.

7. Here, good cause exists to file the Reply Brief under seal. The Reply Brief discusses the Agreement. Each page of the Agreement is marked "Confidential and Proprietary," and a mutual confidentiality clause expressly binds the contracting parties. Thus, the Agreement's express language indicates the contracting parties' intent to maintain confidentiality. Further, disclosure of the Agreement's terms could provide other third-party providers and payors with an unearned competitive advantage, such as replicating favorable provisions and gaining insight into the contracting parties' participation standards and strategies.

8. Accordingly, good cause exists to redact portions of the Reply Brief that would otherwise reveal the Agreement's confidential language.

**WHEREFORE**, UCMC respectfully requests that this Honorable Court enter an order granting UCMC leave to file portions of its Reply in Support of Its Motion to Compel Arbitration under seal.

Dated: June 5, 2025                                    Respectfully submitted,

/s/ *Daniel R. Campbell*

Daniel R. Campbell
Chelsea Mounayer
Emilie E. O'Toole
William W. Hameline
Gabrielle L. Siroonian
MCDERMOTT WILL & EMERY LLP
444 West Lake Street, Suite 4000
Chicago, Illinois 60606
312.372.2000
dcampbell@mwe.com
cmounayer@mwe.com
eotoole@mwe.com
whameline@mwe.com
gsiroonian@mwe.com

*Attorneys for The University of Chicago Medical Center*

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 5, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically serve notice to the parties' counsel of record.

                                                                                 /s/ *Daniel R. Campbell*
                                                                                 Daniel R. Campbell