IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TRENT VANDERZEE, individually and on behalf of all those similarly situated,<br><br>    *Plaintiff*,<br><br>    v.<br><br>THE UNIVERSITY OF CHICAGO MEDICAL CENTER, an Illinois corporation doing business as UCHICAGO MEDICINE,<br><br>    *Defendant.* | Case No. 25-cv-02207<br><br>Hon. Mary M. Rowland |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE SURREPLY
UNDER SEAL IN OPPOSITION TO DEFENDANT'S MOTION
TO COMPEL ARBITRATION AND STAY PROCEEDINGS**

Plaintiff Trent Vanderzee, by and through his undersigned attorneys, hereby seeks leave to file a concise surreply memorandum in further opposition to Defendant The University of Chicago Medical Center's Motion to Compel Arbitration and Stay Proceedings (Dkt. 16, 18, the "Motion to Compel Arbitration"). In support of this Motion, Plaintiff states:

    1.    On April 9, 2025, Defendant filed a Motion to Compel Arbitration (Dkt. 16, 18). Plaintiff filed a memorandum of law in opposition to Defendant's Motion on May 15, 2025, (Dkt. 23, 25), and Defendant filed a reply memorandum on June 5, 2025, (Dkt. 30, 32).

    2.    Defendant's reply contains several material misrepresentations that misstate the facts of this case and Plaintiff's legal arguments. This justifies the need for a surreply. *Univ. Healthsystem Consortium v. UnitedHealth Grp., Inc.*, 68 F. Supp. 3d 917, 922 (N.D. Ill. 2014) (granting the plaintiff's motion for leave to file a surreply where the surreply was

filed "to correct the mischaracterizations of [Plaintiff's] arguments advanced by [Defendant]." (alterations in original)).

3. Accordingly, Plaintiff seeks leave to file a concise surreply, attached hereto as Exhibit A, to correct Defendant's material misstatements for the benefit of the Court. *In re Sulfuric Acid Antitrust Litig.*, 231 F.R.D. 320, 329 (N.D. Ill. 2005) (recognizing that a surreply "vouchsafes the aggrieved party's right to be heard and provides the court with the information necessary to make an informed decision.").

4. Plaintiff's proposed surreply contains details of a contract that the Parties have agreed to treat as confidential. Accordingly, Plaintiff seeks leave to file his surreply under seal.

5. Plaintiff brings this Motion in good faith, and granting this Motion will not result in undue prejudice to Defendant.

WHEREFORE, Plaintiff, Trent VanderZee, respectfully requests that this Court enter an order (1) granting this Motion; (2) granting Plaintiff leave to file *instanter* and under seal his surreply in Further Opposition to Defendant's Motion to Compel Arbitration and Stay Proceedings, a redacted version of which is attached hereto as Exhibit A; and (3) granting such further and additional relief as the Court deems reasonable and just.

Dated: June 25, 2025

Respectfully submitted,

TRENT VANDERZEE, individually and on behalf of a class of similarly situated individuals

By: /s/ *Joseph M. Dunklin*
One of Plaintiff's Attorneys

David L. Gerbie
Joseph M. Dunklin
MCGUIRE LAW, P.C.

2

55 W. Wacker Drive, Suite 900
Chicago, Illinois 60601
Tel: 312.893.7002
dgerbie@mcgpc.com
jdunklin@mcgpc.com

John Sawin
SAWIN LAW LTD.
55 W. Wacker Drive, Suite 900
Chicago, Illinois 60601
312.853.2490
jsawin@sawinlawyers.com

Scott A. Morgan
MORGAN LAW FIRM, LTD.
55 W. Wacker Drive, Suite 900
Chicago, Illinois 60601
312.327.3386
smorgan@smorgan-law.com

*Attorneys for Plaintiff and the Putative Class and Subclass*

**CERTIFICATE OF SERVICE**

I hereby certify that, on June 25, 2025, I caused the foregoing *Plaintiff's Motion for Leave to File Surreply Under Seal in Opposition to Defendant's Motion to Compel Arbitration and Stay Proceedings* to be electronically filed with the Clerk of the Court using the CM/ECF system. A copy of said document will be electronically transmitted to all counsel of record.

/s/ *Joseph M. Dunklin*